JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE A. POLANCO, | Case No. 8:23-cv-02075-JWH-DFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LEHMAN BROTHERS; U.S. BANK, NATIONAL ASSOCIATION as Trustee for LEHMAN XS TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-4N; U.S. BANCORP, a Corporation; ANDREW CECERE aka CEO for U.S. Bank, N.A.; RICHARD S. FULD, JR. aka CEO of Lehman Brothers; HANY N. LOUIS; NATALYA S. SHEDDAN; CARLOS MORALES; ALL PERSONS UNKNOWN Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property described in this Complaint adverse to Plaintiff's Title thereto; and DOES 1-5, inclusive, | |
| Defendants. | |

Pursuant to the "Order Granting Defendant's Motion for Judgment on the Pleadings [ECF No. 16]" entered substantially contemporaneously herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367.

2. The operative pleading is the Complaint [ECF No. 1] filed by Plaintiff Rene A. Polanco ("Polanco").

3. Defendant U.S. Bank, National Association as Trustee for Lehman XS Trust Mortgage Pass Through certificates, Series 2007-4N shall have **JUDGMENT** in its favor and against Polanco. Polanco shall take nothing by way of his Complaint.

4. Defendants Lehman Brothers; U.S. Bancorp; Andrew Cecere, aka CEO for U.S. Bank; Richard S. Fuld Jr., aka CEO of Lehman Brothers; Hany N. Louis; Natalya S. Sheddan; Carlos Morales; All Persons Unknown Claiming Any Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title or Any Cloud on Plaintiff's Title Thereto; and Does 1-5 are **DISMISSED without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____May 19, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-